UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTHUR FRIDMAN, on behalf of themselves
Individually, and on behalf of all others
similarly situated,

                Plaintiff,

-against-                         17 **CIVIL** 6698 (RWS)

## JUDGMENT

GCS COMPUTERS LLC ("GCS"), JIM
GOTTLIEB, TOM CROWN, ABC
CORPORATION and JOHN DOE 1-3,
                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 4, 2019, Defendants' motion to dismissed the Amended Complaint is granted.

**Dated:** New York, New York
           March 8, 2019

                                                   **RUBY J. KRAJICK**
                                                      Clerk of Court
                                       BY:
                                                        Deputy Clerk

                                                        THIS DOCUMENT WAS ENTERED
                                                        ON THE DOCKET ON 3/8/2019